IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| ROBERT E. STANSBURY | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 07-42696 |
| | ) | |
| | ) | **TRANSMITTAL OF UNCLAIMED FUNDS** |

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> ROBERT E. STANSBURY
> 15523 MCDONALD ROAD
> LISBON, OH 44432
>
> $14.38
> **TOTAL:** **$ 14.38**

2. A check in the amount of $67.63, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this  17th  day of February, 2010.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROBERT E. STANSBURY )
)
Debtor ) CH 13 Case No. 07-42696
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 17th day of February, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Alice McClelland_
Alice McClelland - Assistant

Trustee:67  TR-009A

CREDITOR: 523237  Page 1 OF 1

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 768054
DATED: 2010/01/22

| NAME OF CREDITOR | CASE | CLM | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0545081 | 926 | 6 | 18 | SLAGLE, GLENNDA D | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0546047 | 926 | 6 | 37 | BENDER, MICHAEL DAVID BENDER, BRANDI RENEE | UNCLAIMED FUNDS | 9.87 | 0.00 | 9.87 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642183 | 926 | 6 | 12 | KNAPP, ROBERT ALLAN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741096 | 926 | 6 | 29 | JONES, HOMER E. | UNCLAIMED FUNDS | 2.93 | 0.00 | 2.93 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741880 | 926 | 6 | 12 | PETERSON, CANDI L. | UNCLAIMED FUNDS | 9.04 | 0.00 | 9.04 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742100 | 926 | 6 | 50 | WINTERBURN, KARLA ANN | UNCLAIMED FUNDS | 5.08 | 0.00 | 5.08 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742358 | 926 | 6 | 17 | HENTHORNE, SCOTT ALLEN | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742696 | 926 | 6 | 26 | STANSBURY, ROBERT E. | UNCLAIMED FUNDS | 14.38 | 0.00 | 14.38 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742798 | 926 | 6 | 33 | RIACHY, MANDY L. RIACHY, TODD M. | UNCLAIMED FUNDS | 6.31 | 0.00 | 6.31 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842449 | 926 | 6 | 31 | ROSS, MICHAEL ANTHONY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 10 | 67.63 | 0.00 | 67.63 |

CURRENT CHECK